

America's Most Convenient Bank®    E    **STATEMENT OF ACCOUNT**



Go paperless. Scan the QR code to opt in to paperless statements.

M CABRERA AND ASSOCIATES PC ESC ACCT
MATTHEW M CABRERA ESC AGT
115 FRANKLIN TPKE 242
MAHWAH NJ  07430

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Dec 01 2021-Dec 31 2021 |
| Cust Ref #: | |
| Primary Account #: | 397 |

## TD Business Convenience Plus

M CABRERA AND ASSOCIATES PC ESC ACCT
MATTHEW M CABRERA ESC AGT

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | | Average Collected Balance | |
| Other Credits | 400,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Other Withdrawals | 15.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | WIRE TRANSFER INCOMING, SMPR TITLE AGENCY, INC | 400,000.00 |
| | Subtotal: | 400,000.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | WIRE TRANSFER FEE | 15.00 |
| | Subtotal: | 15.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | | 12/28 | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender