# Wells Fargo Everyday Checking

December 31, 2021 ■ Page 1 of 4



ALEXANDER KASPAR
DEBTOR IN POSSESSION
CH11 CASE #18-36862 (NYSOPOUG)
245 E 72ND ST PH A
NEW YORK NY 10021-0551

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

---

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $5,086.04 |
| Deposits/Additions | 155,727.68 |
| Withdrawals/Subtractions | - 7,617.79 |
| **Ending balance on 12/31** | **$153,195.93** |

Account number: ▮▮▮▮▮▮▮▮

**ALEXANDER KASPAR**
**DEBTOR IN POSSESSION**
**CH11 CASE #18-36862 (NYSOPOUG)**

*New York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

(348)
Sheet Seq = 0295516
Sheet 00001 of  00002

December 31, 2021 ■ Page 2 of 4



**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 12/1 | | Zelle From M Solis Contracting on 12/01 Ref # Jpm871397830 | 200.00 | | |
| 12/1 | | Zelle From M Solis Contracting on 12/01 Ref # Jpm871504630 Rent | 300.00 | | |
| 12/1 | | Zelle From Robert K Johnson on 12/01 Ref # Jpm871510098 December | 500.00 | | |
| 12/1 | | Zelle From Hector Loja on 12/01 Ref # Jpm871775871 | 500.00 | | |
| 12/1 | | Online Transfer Ref #Ib0Czc6Rqs to Wells Fargo Active Cash Card Xxxxxxxxxxxx6448 on 12/01/21 | | 634.54 | 5,951.50 |
| 12/3 | | SSA Treas 310 Xxsoc Sec 120321 xxxxx0179A SSA Alexander B Kaspar | 1,027.00 | | 6,978.50 |
| 12/7 | | Purchase authorized on 12/06 Travelers-Geico AG 877-205-5772 CT S581340564211470 Card 5548 | | 417.00 | 6,561.50 |
| 12/8 | | Purchase authorized on 11/29 Got to Go 877-5835155 NY S581333569852337 Card 5548 | | 41.25 | 6,520.25 |
| 12/13 | | Aetna Health Mgt Web Pay 211210 81249570 Alexander B Kaspar | | 39.00 | 6,481.25 |
| 12/16 | 174 | Check | | 3,711.00 | 2,770.25 |
| 12/17 | | ATM Withdrawal authorized on 12/17 1300 Third Avenue New York NY 0007366 ATM ID 9195A Card 5548 | | 300.00 | 2,470.25 |
| 12/28 | | Recurring Payment authorized on 12/27 Bodhi Medical Care Mybodhi.Com NY S381361744051392 Card 5548 | | 35.00 | 2,435.25 |
| 12/29 | | WT Fed#09558 Orange County Trus /Org=The Law Office of Frank E Deesso P. Srf# 0219024750002828 Trn#211229147652 Rfb# | 153,200.68 | | |
| 12/29 | | Wire Trans Svc Charge - Sequence: 211229147652 Srf# 0219024750002828 Trn#211229147652 Rfb# | | 15.00 | |
| 12/29 | 175 | Check | | 2,400.00 | 153,220.93 |
| 12/30 | 173 | Check | | 25.00 | 153,195.93 |
| **Ending balance on 12/31** | | | | | **153,195.93** |
| **Totals** | | | **$155,727.68** | **$7,617.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 173 | 12/30 | 25.00 | 174 | 12/16 | 3,711.00 | 175 | 12/29 | 2,400.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for
a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2021 - 12/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |

December 31, 2021 ■ Page 3 of 4



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $500.00 | $2,435.25 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $1,027.00 | ☑ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION



Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Deposit Account Agreement ("Account Agreement") dated October 15, 2021. Effective February 15, 2022, the following applies to wire transfers transactions: the section titled "Funds Transfer Services" has revisions to the introductory paragraph, we added subsections titled "Funds Transfer Security Procedure" and "Rejecting a Funds Transfer Request", and the subsection titled "Your duty to report unauthorized or erroneous funds transfers" has been revised.

If you are enrolled in Wells Fargo Online®, Wells Fargo Business Online®, Wells Fargo Mobile®, or Wells Fargo Advisors® online services, you reviewed and accepted our Online Access Agreement ("OAA") when you enrolled in those services. We have added a new section 15(c) Transfers Security Procedures (Business Customers and Online Wire Transfers) to the OAA to provide more clarity regarding the security procedures that apply to certain online transactions and the various addenda agreements. The updated version of the OAA will go into effect on February 15, 2022.

No, you don't need to take any action. This notice is simply to let you know that certain terms in the Account Agreement and the OAA have been updated. Your continued use of your account and, if enrolled, in the above online services will be your acceptance to these updated terms. Please review the Account Agreement and OAA, and only continue to use the above online services if you agree to all terms.

For more details, please access the Consumer Account Addenda at www.wellsfargo.com/online-banking/consumer-account-fees/ or the complete OAA at www.wellsfargo.com/online-banking/online-access-agreement/upcoming.

---

Good News! The daily purchase limit for each debit/ATM card linked to your checking/prepaid account is being increased to $5,000 effective between December 1 and December 13, 2021. To view your card's daily dollar limits at any time, sign on at wellsfargo.com/cardcontrol and click on Card details. Note: your card and account must be in open status for the increase to be applied. If you recently updated your card's daily purchase limit above or below $5,000 before this change noted above occurs, the change will not be applied.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

December 31, 2021 ■ Page 4 of 4

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

► + $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

► - $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.