**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Plaintiff Marianne T. O'Toole, as Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| ALEXANDER BERNARD KASPAR, | Case No.: 22-10382-mg |
| Debtor. | |

---------------------------------------------------------------x

| | |
|---|---|
| MARIANNE T. O'TOOLE, solely in her capacity as Chapter 7 Trustee of the Estate of Alexander Bernard Kaspar, | Adv. Pro. No.: 23-01154-mg |
| Plaintiff, | |
| -against- | |
| M. CABRERA & ASSOCIATES, P.C., MATTHEW M. CABRERA, ESQ., ALEXANDER BERNARD KASPAR, CITYGRACE CORP. a/k/a CITIGRACE CORP, GRACE A. DELIBERO, a/k/a GRACE ANGELA DELIBERO, JOHN DOE "1" THROUGH "100", JANE DOE "1" THROUGH "100", JOHN DOE CORPORATIONS "1" THROUGH "100" AND OTHER JOHN DOE ENTITIES "1" THROUGH "100" | |
| Defendants. | |

---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the initial pre-trial conference scheduled for September 14, 2023 at 10:00 a.m. was adjourned and will be conducted on **October 17, 2023 at 4:30 p.m.** ("Conference").

**PLEASE TAKE FURTHER NOTICE** that the Conference will be conducted by Zoom for Government® using the instructions on the Court's website, which can be found at:

https://www.nysb.uscourts.gov/zoom-video-hearing-guide. If you wish to appear at the Conference, you must register your appearance utilizing the Electronic Appearance portal located on the Court's website, which can be found at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.[1] **Appearances must be entered no later than 4 p.m. one (1) business day prior to the scheduled Conference.**

Dated: September 1, 2023
      Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Plaintiff Marianne T. O'Toole, as Trustee*

By:   *s/ Holly R. Holecek*
     Holly R. Holecek, Esq.
     A Partner of the Firm
     3305 Jerusalem Avenue, Suite 201
     Wantagh, New York 11793
     Telephone: (516) 826-6500

---

[1] See Chief Judge Glenn's Chambers page on the Court website for information on how to make an eCourtAppearance and the link to do so: https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. There are two new tabs next to the Chamber's Rules, Calendars and Opinions tabs. The two tabs are "Zoom hearings" and "eCourtAppearances." Feel free to look at the "Zoom hearing" tab for more information about zoom. Click on the eCourtAppearances tab to make your appearance for the Conference.