UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:  
ALEXANDER BERNARD KASPAR,  
Debtor.

Chapter 7  
Case No.: 22-10382-mg

---------------------------------------------------------------x
MARIANNE T. O'TOOLE, solely in her capacity as Chapter 7 Trustee of the Estate of Alexander Bernard Kaspar,  
Plaintiff,  
-against-  
M. CABRERA & ASSOCIATES, P.C., MATTHEW M. CABRERA, ESQ., ALEXANDER BERNARD KASPAR, CITYGRACE CORP. a/k/a CITIGRACE CORP, GRACE A. DELIBERO, a/k/a GRACE ANGELA DELIBERO, JOHN DOE "1" THROUGH "100", JANE DOE "1" THROUGH "100", JOHN DOE CORPORATIONS "1" THROUGH "100" AND OTHER JOHN DOE ENTITIES "1" THROUGH "100"  
Defendants.

Adv. Pro. No.: 23-01154-mg

---------------------------------------------------------------x

## NOTICE OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE**, that the initial Pre-Trial Conference will be scheduled for **September 28, 2023, at 11:00 A.M.** (the "**Conference**").

**PLEASE TAKE FURTHER NOTICE** that Zoom for Government will be used for the Conference and the requirement to make an eCourtAppearance[1] for the hearing **by 4 PM the business day before the hearing**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via Zoom for Government.

---

[1] https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

**All attorneys and unrepresented parties are required to register online for the hearing in advance of the scheduled hearing by using the Court's eCourt Appearances platform:**

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

Date: September 1, 2023
  Bedford Hills, NY

Respectfully submitted,

By: /s/ Charles Higgs
  Charles Higgs, Esq.
  *Attorneys for Defendant*
  *Alexander Bernard Kaspar*
  The Law Office of Charles A. Higgs
  2 Depot Plaza, Office 4
  Bedford Hill, NY 10507
  917-673-3768
  Charles@freshstartesq.com