**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Plaintiff Marianne T. O'Toole, as Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 7

ALEXANDER BERNARD KASPAR,                                      Case No.: 22-10382-mg

       Debtor.
-----------------------------------------------------------------x
MARIANNE T. O'TOOLE, solely in her capacity
as Chapter 7 Trustee of the Estate of Alexander
Bernard Kaspar,                                                             Adv. Pro. No.: 23-01154-mg

       Plaintiff,

-against-

M. CABRERA & ASSOCIATES, P.C., MATTHEW
M. CABRERA, ESQ., ALEXANDER BERNARD
KASPAR, CITYGRACE CORP. a/k/a CITIGRACE
CORP, GRACE A. DELIBERO, a/k/a GRACE
ANGELA DELIBERO, JOHN DOE "1"
THROUGH "100", JANE DOE "1" THROUGH
"100", JOHN DOE CORPORATIONS "1"
THROUGH "100" AND OTHER JOHN DOE
ENTITIES "1" THROUGH "100"

       Defendants.
-----------------------------------------------------------------x

## NOTICE OF DISMISSAL OF SECOND CLAIM FOR RELIEF AS AGAINST DEFENDANT ALEXANDER BERNARD KASPAR

**PLEASE TAKE NOTICE** that, in accordance with Rule 41(a)(1)(A)(i), as made applicable to the above-captioned adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, notice is herby given of the plaintiff's dismissal without prejudice of the

Second Claim for Relief solely as against defendant/debtor Alexander Bernard Kasper in the plaintiff's Complaint dated July 28, 2023 [ECF No. 1].

Dated: October 10, 2023
      Wantagh, New York

                                            **LaMONICA HERBST & MANISCALCO, LLP**
                                            *Counsel to Plaintiff Marianne T. O'Toole, as Trustee*

                        By:    *s/ Holly R. Holecek*
                                Holly R. Holecek, Esq.
                                A Partner of the Firm
                                3305 Jerusalem Avenue, Suite 201
                                Wantagh, New York 11793
                                Telephone: (516) 826-6500